## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00052-WJM

ANNA M. GARCIA,

        Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

## ORDER

      This matter is before the Court on the Parties' Motion for Order Approving Stipulation of Award of Attorneys Fees Under the Equal Access to Justice Act (ECF No. 26).  The Court has reviewed the Motion and hereby ORDERS as follows:

      The Parties' Stipulation Motion is GRANTED.  Defendant is to pay Plaintiff reasonable attorney's fees in the amount of $4,344.12.  Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

      It is FURTHER ORDERED that Plaintiff's Motion for Award of Attorney's Fees (ECF No. 25) is DENIED as MOOT.

Dated this 6th day of June, 2013.

BY THE COURT:

William J. Martínez
United States District Judge